[No. 22637–1–I.   Division One.   May 22, 1990.]

ESTHER S. BISHOP, *Respondent,* v. MIKE REILLY, *Appellant.*

The unpublished opinion in this cause, which was filed on February 12, 1990, is *withdrawn* by order dated May 22, 1990.

[No. 12667–2–II.   Division Two.   May 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA J. WEST, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 88–1–00242–2, H. John Hall, J., entered March 8, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9812–5–III.   Division Three.   May 24, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JORGE DEANDA AVINA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–01542–8, Bruce P. Hanson, J., entered January 23, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.